IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FLOYD CRAWFORD, on behalf of himself and all others similarly situated, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>CONTRACT FURNITURE REFINISHING & MAINTENANCE, CORP. OF GEORGIA d/b/a THE REFINISHING TOUCH, and, ROBERT MARIO INSENGA, )<br>)<br>   Defendants. )<br>_____ | Civil Action<br>No. 1:15-cv-03027-SCJ<br><br>JURY TRIAL DEMANDED |
| CONTRACT FURNITURE REFINISHING & MAINTENANCE, CORP. OF GEORGIA d/b/a THE REFINISHING TOUCH, )<br>)<br>   Counterclaim Plaintiff. )<br>)<br>FLOYD CRAWFORD, and WILLIAM BYRD, )<br>)<br>   Counterclaim Defendants. )<br>_____ | |

**ORDER GRANTING JOINT MOTION TO APPROVE
SETTLEMENT AGREEMENTS PURSUANT
TO THE FAIR LABOR STANDARDS ACT**

This matter is before the Court on a Joint Motion to Approve Settlement Agreements Pursuant to the Fair Labor Standards Act ("FLSA"). This case is a conditionally certified collective action for overtime under the FLSA. Because the Collective Class Members' claims arise under the FLSA, any settlement of their claims must be approved by the Court and such approval must be entered as a stipulated final judgment.

Upon review of the proposed Settlement Agreements, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Accordingly, the Joint Motion to Approve Settlement Agreements is **GRANTED** and the Court **ORDERS** as follows:

- The Parties' Settlement of the claims asserted against Defendants in this action is **APPROVED** and those claims are **DISMISSED WITH PREJUDICE**.

- Defendant Contract Furniture Refinishing & Maintenance Corp. of Georgia d/b/a The Refinishing Touch's counterclaims against Plaintiffs Floyd Crawford and William Byrd are hereby **DISMISSED WITHOUT PREJUDICE**.

- This Court shall retain jurisdiction of this matter for the sole purpose of enforcing the terms of the Settlement.

**IT IS SO ORDERED**, this __20th__ day of __December__, 20__16__.

\_\_\_s/Steve C. Jones_____
Honorable Steve C. Jones
United States District Court Judge